08-5540-bk
In re: Silicon Graphics, Inc.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of December, two thousand nine.

PRESENT:
> ROBERT A. KATZMANN,
> DEBRA ANN LIVINGSTON,
> GERARD E. LYNCH,
> > *Circuit Judges.*

_____

In Re: Silicon Graphics, Inc.,

> *Debtor,*

William Kuntz III,

> *Appellant,*

> v.                                                     08-5540-bk

Silicon Graphics, Inc.,

> *Appellee.*

_____

FOR APPELLANT:       William Kuntz III, *pro se*, Nantucket, MA


FOR APPELLEE:        Adam Strochak (Shai Y. Waisman, *on the brief*),
                     Weil, Gotshal & Manges, LLP, New York, NY


Appeal from a judgment of the United States District Court for the Southern District of New York (Batts, *J.*).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Appellant's motion for an indefinite stay of this appeal be **DENIED** and the judgment of the district court be **AFFIRMED**.

In this appeal, Appellant challenges the district court's September 29, 2008 order affirming the bankruptcy court's June 20, 2007 order denying Appellant's motion to reinstate his claim against the bankruptcy estate. That claim had been expunged by the bankruptcy court's order entered January 9, 2007. We presume the parties' familiarity with the facts and issues in this appeal.

In an appeal from a district court order affirming a decision of the bankruptcy court, this Court reviews "the bankruptcy court decision independently accepting its factual findings unless clearly erroneous, but reviewing its conclusions of law *de novo*." *Ball v. A.O. Smith Corp.*, 451 F.3d 66, 69 (2d

2

Cir 2006). Generally, the denial of a motion for reconsideration is reviewed for an abuse of discretion. *See Transaero, Inc. v. La Fuerza Aerea Boliviana*, 162 F.3d 724, 729 (2d Cir. 1998).

We AFFIRM, substantially for the reasons stated by the bankruptcy court. The court did not abuse its discretion in construing the motion to reinstate the claim as one for reconsideration of the bankruptcy court's order expunging the claim, nor did it abuse its discretion in denying the motion. Appellant's argument that opposing counsel was responsible for Appellant's failure timely to appeal because counsel failed to personally notify Appellant of items entered on the bankruptcy court docket is without merit, particularly so where those items were properly served upon Appellant at the address he had provided for that purpose. *See U.S. ex rel. McAllan v. City of New York*, 248 F.3d 48, 53 (2d Cir. 2001) (per curiam) (litigants have a duty to monitor the docket sheet for orders they wish to appeal).

We have considered all of Appellant's remaining arguments, and find them to be without merit.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:_____

3